**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6223

RAYMOND STEWART,

Plaintiff - Appellant,

versus

DR. JARRETT, HVCC Doctor,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.    Robert G. Doumar, Senior District Judge.  (2:05-cv-00549-RGD)

Submitted: April 27, 2006                     Decided: May 8, 2006

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Stewart, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond Stewart appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action for failure to comply with a court order regarding filing fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stewart v. Jarrett, No. 2:05-cv-00549-RGD (E.D.Va. Jan. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED